WILLIAM R. TAMAYO – #084965 (CA)
JONATHAN T. PECK – #12303 (VA)
CINDY O'HARA – #114555 (CA)
EQUAL EMPLOYMENT OPPORTUNITY
  COMMISSION
San Francisco District Office
901 Market Street, Suite 500
San Francisco, California 94103
Telephone: (415) 356-5053

Attorneys for Plaintiff

JOHN E. PETERSON – #048465 (CA)
JORY, PETERSON, WATKINS & SMITH
555 West Shaw Avenue
Suite C-1
Fresno, CA 93755
Telephone: (559)225-6700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br><br>             Plaintiff,<br><br>v.<br><br>**THE VENDO COMPANY,**<br><br>             Defendant. | Civil Action No. CIV F-01-6237 REC LJO<br><br>**STIPULATED ORDER OF DISMISSAL** |

   WHEREAS Plaintiff United States Equal Employment Opportunity Commission and Defendant The Vendo Company have entered into the Settlement Agreement attached hereto as Exhibit A.

   IT IS HEREBY STIPULATED by and between the parties to this matter, by and through their attorneys of record, that this action is voluntarily dismissed, with prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

1  IT IS FURTHER STIPULATED that each party will bear its own attorney's fees
2  and costs.
3
4  Dated: Oct. 29, 2002                EQUAL EMPLOYMENT OPPORTUNITY
                                       COMMISSION

                                       _____
                                       CINDY O'HARA
                                       Attorney for Plaintiff EEOC

10 Dated: Nov 1, 2002                  JORY, PETERSON, WATKINS & SMITH

                                       _____
                                       JOHN E. PETERSON
                                       Attorney for Defendant THE VENDO COMPANY

17 **IT IS SO ORDERED.**

19 Dated: N·4, 2002                    _____
                                       HONORABLE ROBERT E. COYLE
                                       United States Senior District Court Judge

STIPULATED ORDER OF DISMISSAL                                          Page 2

# SETTLEMENT AGREEMENT
# BETWEEN
# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
# AND
# THE VENDO COMPANY

No. CIV F-01-6237 REC LJO
U.S. District Court
Eastern District of California

The Settlement Agreement ("Agreement") is made by and between the United States Equal Employment Opportunity Commission ("EEOC") and The Vendo Company ("Vendo") to resolve the disputed claims of employment discrimination and retaliation arising under the Americans with Disabilities Act ("ADA") and to avoid the additional expense, delay and uncertainty that further litigation would entail.

## INTRODUCTION

In or about March 4, 1996, Ms. Rosalba Torres ("Charging Party Torres") filed a charge of discrimination with the EEOC, designated as Charge No.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 ("the Discrimination Charge"), in which Charging Party Torres asserted that Vendo discriminated against her based on a disability and failed to provide her with reasonable accommodation.

Based on the allegations in the Discrimination Charge, the EEOC, on or about September 26, 2001, filed a lawsuit against Vendo in the United States District Court for the Eastern District of California, designated as Case No. CIV F-01-6237 REC LJO ("the Civil Action").

The parties desire to resolve the Civil Action, avoiding the additional expense, delay and uncertainty that further litigation would entail.

In consideration of the promises contained in this Agreement, and for other good and sufficient consideration, receipt of which is acknowledged, the parties agree as follows:

## SECTION I.

In exchange for the promises and agreements made by the EEOC contained in Section II of this Settlement Agreement, and for the executed release of Charging Party Torres, attached hereto and made an integral part hereof, Vendo agrees and promises to do the following:

1.      Vendo will issue a check payable to Rosalba Torres for the gross amount of thirty-one thousand two hundred and fifty dollars ($31,250.00), which will serve as full and complete compensation and satisfaction for the attached release and for any personal embarrassment, mental strain, emotional injury or damage to personal reputation which she has or may suffer as a result of her employment with Vendo, and in full settlement of the claims asserted by the EEOC in the Civil Action.  The check will be mailed by certified mail to Charging Party Torres at the

1

# EXHIBIT A

following address: 247 West Barstow, Fresno, CA 93704, with a copy to EEOC San Francisco District Office senior trial attorney Cindy O'Hara, within five (5) days of the execution of this Agreement and upon receipt of the executed release of Charging Party Torres.

## SECTION II.

In exchange for the promises and agreements made by Vendo in Section I of this Agreement, the EEOC agrees and promises to do the following:

1. The EEOC will dismiss with prejudice the Civil Action in its entirety within five (5) court days of the receipt by counsel for the EEOC of a copy of Vendo's letter and check to Charging Party Torres transmitting the monetary amount described in Section I. Paragraph 1. above.

2. Other than to enforce the terms of this Agreement, the EEOC will not institute any lawsuit or other proceeding, including any administrative proceeding, based on the Discrimination Charge or the Civil Action against Vendo or any of its shareholders, affiliates, agents, employee benefit plans, representatives, servants, current and former employees, officials, directors, officers, partners, attorneys, subsidiaries, parents, divisions, branches, units, affiliates, franchises, related entities, successors, predecessors, and assigns.

## SECTION III.

Vendo and the EEOC agree as follows:

1. That the payment described Section I. Paragraph 1. and other consideration for this Agreement are received in settlement for and compromise of disputed claims, and that neither this Agreement nor the foregoing payment and promises are to be construed as an admission on the part of any of the parties of any wrongdoing or liability, or are to be admissible as evidence in any proceeding other than for enforcement of the provisions of this Agreement.

2. That each side will bear all attorneys fees or costs incurred in connection with the Discrimination Charge or the Civil Action.

//

//

//

//

//

//

2

3. That if any provision of this Agreement is found to be unenforceable, it will not affect the enforceability of the remaining provisions, and any court or entity charged with enforcing this Agreement will enforce all remaining provisions to the extent permitted by law.

On Behalf of Plaintiff:

Date: _Oct. 29_, 2002

Date: _10/29_, 2002

Date: _Oct. 29_, 2002

Nicholas Inzeo
Acting General Counsel

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
1801 L Street, N.W.
Washington, DC 20507

_____
WILLIAM R. TAMAYO
Regional Attorney

_____
JONATHAN T. PECK
Supervisory Trial Attorney

_____
CINDY O'HARA
Senior Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
San Francisco District Office
901 Market Street, Suite 500
San Francisco, CA 94103
(415) 356-5053

On Behalf of Defendant:

Dated: _Nov 1_, 2002

JORY, PETERSON, WATKINS & SMITH
555 West Shaw Avenue
Suite C-1
Fresno, CA 93755
(559)225-6700

_____
JOHN E. PETERSON
Attorneys for THE VENDO COMPANY

3

## RELEASE OF CLAIMS

1.      This Release of Claims ("Release") is entered into by Rosalba Torres ("Torres") and The Vendo Company ("Vendo").

2.      The purpose of this Release is to completely and finally settle any and all claims, whether known or unknown, arising out of Torres' employment with Vendo.

3.      Vendo hereby agree to pay Torres the sum of thirty-one thousand two hundred and fifty dollars ($31,250.00) in one payment, to be made within five (5) days of the transmittal of an executed copy of this Release to Vendo.

4.      For and in consideration of Vendo's payment of the above referenced sum, Torres hereby completely releases Vendo and its officers, directors, agents, shareholders, employees, lawyers, successors and assigns, from all claims, rights, demands, actions, obligations and causes of action of any and all kind, nature and character, known or unknown, which Torres may now have or may have had against Vendo, or its officers, directors, agents, shareholders, employees, lawyers, successors or assigns, prior to the execution of this Release, including any claims asserted or which might have been asserted relating to Torres' employment with Vendo, any claims to federal or state agencies or lawsuits in federal or state courts against Vendo alleging discrimination, including but not limited to claims arising under the Americans with Disabilities Act, the California Fair Employment and House Act, as amended, and the Civil Rights Act of 1991, arising out of her employment with Vendo. However, nothing in this Release shall be interpreted as a waiver of any rights under the workers' compensation statutes.

5.      The parties understand the word "claims" to include all actions, claims and grievances whether actual or potential, known or unknown, arising out of Torres' employment with Vendo. All such claims are forever barred by this Release without regard to whether those claims are based on any alleged breach of a duty arising in contract or tort, any alleged discrimination or other unlawful discriminatory act; any other claim or cause of action; and regardless of the forum in which such claim might be brought.

6.      Torres has read and understands the following language of Section 1542 of the California Civil Code which provides:

> A general release does not extend to claims which the creditor does
> not know or suspect to exist in her favor at the time of executing
> the release, which if known by her might have materially affected
> her settlement with the debtor.

Having reviewed this provision, Torres nevertheless voluntarily release Vendo from all liability for claims arising out of her employment with Vendo.

1

7. This Release and compliance with this Release shall not be construed as an admission by Vendo of any liability whatsoever or as an admission by Vendo of any violation of the rights of Torres or of any person, violation of any order, law, statute, duty or contract or any act of discrimination whatsoever against Torres or any other person; and Vendo specifically disclaims any liability to or discrimination against Torres or any other person.

8. Vendo agrees that in response to any inquiries regarding the employment of Torres, Vendo will state no more than her dates of employment, position held, and wages. Vendo's managing agents will hold confidential the participation of Torres in this lawsuit or any other reference to her assertions of disability discrimination. Torres agrees not to reapply for employment at Vendo.

9. Torres represents that she has carefully read and fully understands all of the provisions of this Release and that she is voluntarily entering into this Release with full knowledge of rights that she may be waiving and based on her own judgment and not in reliance upon any representation or promises not contained in the Release.

10. This Release expresses the entire agreement of the parties hereto in connection with the subject matter hereof, and supersedes all previous or contemporaneous communications, representations, or understandings, either oral or written, between the parties relating hereto.

11. The effectiveness of this Release is conditioned on the execution of the Settlement Agreement in *EEOC v. The Vendo Company*, No. CIV F-01-6237 REC LJO by the Equal Employment Opportunity Commission and ~~Safeway~~ Vendo and the entry of said decree by the Court.

Dated: NOV 1st, 2002

_____
ROSALBA TORRES
Charging Party

Dated: Nov 1, 2002

_____
JOHN E. PETERSON
JORY, PETERSON, WATKINS & SMITH

Attorneys for THE VENDO COMPANY

2

United States District Court
for the
Eastern District of California
November 5, 2002

* * CERTIFICATE OF SERVICE * *

1:01-cv-06237

EEOC

v.

Vendo Company

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on November 5, 2002, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

William Robert Tamayo                                     REC           LJO
U S Equal Employment Opportunity Commisssion
901 Market Street
Suite 500
San Francisco, CA   94103

Cynthia O'Hara
1 415 356-5046
Equal Employment Opportunity Commission
San Francisco District Office
901 Market Street
Suite 500
San Francisco, CA   94103

John Edwin Peterson
Jory Peterson Watkins and Smith
PO Box 5394
555 West Shaw Avenue
Suite C-1
Fresno, CA   93755